**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DOROTHY BRAOUDAKIS,**

    **Plaintiff,**

  vs.                                                Civil Action 2:10-CV-059
                                                             Judge Frost
                                                             Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

<u>**ORDER**</u>

    On February 7, 2011, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that this action be dismissed.  *Report and Recommendation*, Doc. No. 19. Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, *id.*, there has been no objection.

    The *Report and Recommendation* is **ADOPTED AND AFFIRMED**.  The decision of the Commissioner of Social Security is **AFFIRMED**.  This action is hereby **DISMISSED**.

    The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                    /s/ Gregory L. Frost
                                                       Gregory L. Frost
                                                 United States District Judge